Robert Hartmann, SBN 128705
HARTMANN LAW FIRM
650 Town Center Dr., Ste. 1400
Costa Mesa, CA 92626-7020
(714) 543-2266 (Telephone)
bob@hartmannlawfirm.net (E-mail)

Attorneys for Defendant
RONGLIN CAO

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR00174-1-SVW |
| Plaintiff, | DEFENDANT'S POSITION RE: SENTENCING AND EXHIBIT A |
| vs. | |
| RONGLIN CAO, | Sentencing Date: January 23, 2023 Hearing Time: 11:00 a.m. |
| Defendant. | |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE STEVEN V. WILSON, UNITED STATES ATTORNEY'S OFFICE, ASSISTANT UNITED STATES ATTORNEY ERIK SILBER, AND UNITED STATES PROBATION OFFICER ANNA GUAN:

Defendant RONGLIN CAO ("Mr. Cao") by and through his attorney Robert Hartmann, respectfully submits his Position re Sentencing in the above-captioned matter.

Dated: January 16, 2023        /s/ Robert Hartmann
                               Robert Hartmann
                               Attorney for Defendant

I.

INTRODUCTION

Mr. Cao submits his sentencing memorandum to assist the Court in fashioning a sentence sufficient, but not greater than necessary, as required by 18 U.S.C. § 3553(a) and *United States v. Booker*, 125 U.S. 738 (2005). He respectfully submits the following sentencing recommendation:

1. A sentence within Zone B of the Guidelines: Mr. Cao appreciates the Government's requested one-point variance; his history and characteristics merit the Court's consideration of at least one additional level downward variance.

2. A probationary sentence including a condition of home detention as a substitute for imprisonment. U.S.S.G. § 5C1.1(c)(3).

3. In lieu of the recommended fine, community service in an amount determined by the Court pursuant to 18 U.S.C. § 3563(b)(12). [1]

4. Mr. Cao has no objections to terms 1-9 as disclosed in the Probation Office's Recommendation Letter.

Mr. Cao's proposal is based on this Memorandum, the Government's Sentencing Brief filed January 12, 2023, and, the PSR and Disclosed Recommendation Letter.

---

[1] Although the PSR notes Mr. Cao has a total net worth of $49,585.51, he has a negative monthly cash flow (PSR ¶ 69.) and little else. And community service would provide assistance to others who need it, an appropriate result here.

-2-

## II.

## PROCEDURAL BACKGROUND

### A.  INITIAL APPEARANCE AND PRETRIAL ADJUSTMENT

Mr. Cao appeared per summons on June 29, 2020; he was released on a $25,000 unsecured appearance bond.  He was booked and released the same date. (Document No. 11) and has not violated any Court ordered release conditions. (PSR ¶ 6.)

### B.  PLEA AGREEMENT

Shortly thereafter, on August 10, 2020, Mr. Cao pled guilty to a Single-Count Information.  There, he admitted he attempted to export 48 spotted turtles from the United States without obtaining and filing the required documentation in violation of 18 U.S.C. § 554. (PSR ¶ ¶ 1-2.)  The conduct subject of the plea *occurred over five years ago*, between May and November 2017. (PSR ¶ 3.)

The stipulated based term is level six, with a two-level enhancement for pecuniary gain and an additional six-level upward adjustment applies for the $50,150 market value of the turtles. (PSR ¶ ¶ 19-23.)  There is a two-level downward adjustment for acceptance of responsibility. (PSR ¶ 29.)  Thus, the total adjusted offense level contemplated by the plea agreement is 6 + 2 + 6 – 2, total 12.  Mr. Cao has no criminal history so falls within criminal history category I. The advisory sentencing range is in Zone C, 10-16 months. (PSR ¶ 35.)

III.

## ACCEPTANCE OF RESPONSIBIILTY

Mr. Cao accepted responsibility for his conduct early in the case and at the hearing will further discuss the positive changes in his life from his arrest to present-day.  His personal growth, his devotion to family, and his strong personal support network inspire confidence he will never again be in front of a criminal court.

IV.

## 18 U.S.C. § 3553(a) DISCUSSION

A. POST-*BOOKER* SENTENCING CONSIDERATIONS

The sentencing guidelines are advisory, and one factor to be considered by the Court in fashioning the appropriate sentence.  *United States v. Booker*, 125 U.S. 738 (2005).  Such a sentence should be "sufficient, but not greater than necessary" to achieve the statutory purposes of sentencing as required in 18 U.S.C. § 3553(a).  The Guidelines are just a starting point in formulating such a sentence.  18 U.S.C. § 3553(a) instructs the Court to consider other factors including

1. The nature and circumstances of the offense, and the defendant's history and characteristics.

2. The need for the sentence imposed -
    (A) To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.
    (B) To afford adequate deterrence to criminal conduct.
    (C) To protect the public from further crimes of the defendant.  And,
    (D) To provide the defendant with needed educational or vocational training,

medical care, or other correctional treatment in the most effective manner.

3. The kinds of sentences available.

4. The kinds of sentence and the sentencing range established for – … the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines … in effect on the date the defendant is sentenced.

5. Any pertinent policy statement - … issued by the Sentencing Commission … in effect on the date the defendant is sentenced.

6. The need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct.  And,

7. The need to provide restitution to any victims of the offense.

The "punishment should fit the offender and not merely the crime." *Pepper v. United States*, 562 U.S. 476, 487-488 (2011) (quoting *Williams v. New York*, 377 U.S. 241, 247 (1949)).

The Sentencing Reform Act of 1984 envisioned sentences other than imprisonment as "generally appropriate . . . in cases in which the defendant is a first offender who has not been convicted of a crime of violence or an otherwise serious offense." (*See* 28 U.S.C. § 994(j)).

Current Guideline Commentary recommends the same:

> "If the defendant is a nonviolent first offender and the applicable guideline range is in Zone A or B of the Sentencing Table, the court should consider imposing a sentence other than a sentence of imprisonment, in accordance with subsection (b) or (c)(3).  See 28 U.S.C. § 994(j)."  Application Note 4 to § 5C1.1

-5-

And it may be the Guidelines themselves are about to be revised to reflect as much. In October 2022 the United States Sentencing Commission published its Final Priorities for the Amendment Cycle ending May 1, 2023. [2]  One of the priorities notes the United States Sentencing Commission will consider possible amendments to the Guidelines relating to criminal history – most importantly to the treatment of defendants such as Mr. Cao with zero criminal history points. [3]

And Probation's October 29, 2020, Recommendation Letter noted defendant "could be a good candidate for a sentence that includes community-based supervision in lieu of imprisonment." Mr. Cao appreciates the Government noting this in their papers.

## B. PROBATION IS APPROPRIATE

### 1. FELONY PROBATION IS A SIGNIFICANT SENTENCE

A felony conviction along with probation is a significant consequence in a person's life, and the Sentencing Reform Act established probation as a sentence in and of itself. Probation is not an act of leniency; it substantially restricts an individual's freedom. *Gall v. United States* (2007) 552 U.S. 38, 48-49.

Probation significantly restricts Mr. Cao's liberty.

- He is likely going to be restricted to the Central District of California, which impacts his ability to see his family in China and take his wife and daughter outside of the district

---

[2] *See* the Commission's Memorandum entitled "Final Priorities for Amendment Cycle." The document is also available for viewing at:
https://www.ussc.gov/sites/default/files/pdf/amendment-process/federal-register-

- He will have to regularly report to the USPO.

- He will have to refrain from associating with others convicted of a felony.

- He will be subject to the imposed terms one through nine listed in the October 2020 Recommendation Letter.

- As a permanent resident, Mr. Cao is subject to deportation and is amenable to removal proceedings. (PSR ¶ 55.)  Likely this would result in the entire family being forced to relocate outside the United States.

2. MR. CAO'S HISTORY AND CHARACTERISTICS JUSTIFY PROBATION

Probation is appropriate given Mr. Cao's conduct was a short lived, May-November 2017 (PSR ¶ 8.) and an aberration in an otherwise law-abiding, responsible life. (PSR ¶¶ 32-36.)  His ability to perform well, without further criminal activity, during the intervening five years, with little pre-trial supervision, demonstrates his ability to be law-abiding while on probation.

Exhibit A contains four letters discussing his otherwise outstanding character: they are from his wife Chengcheng Zou, his parents Zhengmin Cao and Like Xu, his pastor Reverend Andy Wu, and fellow churchgoer and godparent to his son, Brian Siegmann.

Mr. Cao is a 37-year-old Chinese immigrant who came to the United States in 2012 seeking a better life for he and his newlywed Chengcheng Zou.  His wife, in a poignant note to the USPO, described him as a wonderful husband who despite being tired after working long and hard hours always spent "two hours to make Chinese dinner" for her

notices/20221028_fr_final-priorities.pdf.

1   because she is not used to American food. (PSR ¶¶ 44-45.)  Ms. Zou also noted he became

2   involved with the turtles to supplement the family's income.  Such does not make it right

3   although it explains his conduct.

4

5          In 2017, Ms. Zou gave birth to their son Titus Cao.  Ms. Zou described the strong,

6   loving bond between father and son – affectionate, helping with feeding, changing diapers,

7   playing, and reading. (PSR ¶ 47.)  The reality is this is who is, not the greedy person who

8   exported protected animals to China.

9

10         Shortly after the child's birth, Mr. Cao was baptized and became a member of the

11  Loving Savior Lutheran Church. (PSR ¶ 48.)  Ms. Zou is a volunteer Sunday School

12  teacher there, and Mr. Cao coordinates Sunday Bible Study for the parishioners every

13  weekend.  He has volunteered in this role over nine years.

14

15         Mr. Cao worked as a restaurant manager between 2013 and 2017, before going to

16  work at a logistics company where eventually he earned enough so the family could move

17  into a two-bedroom home. (PSR ¶ 46.)  He has a lengthy work history. (PSR ¶¶ 63-69.)

18  His experience suggests he will continue to work and not need to resort to crime to assist

19  his family; if nothing else, if he needs help, he is better equipped to make better choices.

20

21         Letters from Mr. Cao's retired parents and members of the Church continue the

22  theme Mr. Cao is a good person who thinks of others first, is always willing to lend a

23  helping hand, honest, respectful and a man of integrity. (PSR ¶¶ 52-53 and Exhibit A.)

24

25         It is fair to say the letters corroborate over the last five plus years, Mr. Cao has

26  worked and created the positive changes necessary to ensure he is able to support his

27

28

---
[3] *Id*. at p.4.

family and at the same time avoid criminal conduct, so the Court can have confidence he will not commit further crimes and will never again face a sentencing judge.

Although consequences are warranted, there is no need to imposed actual custody time on Mr. Cao to deter others from engaging in similar conduct. His experience here, which he understands he brought upon himself and severely impacted the well-being of others, includes being criminally charged with a felony by federal authorities, living with the shame of a felony conviction which will impact his ability to work and support his wife and son, he faces the likelihood of removal which creates negative collateral effects on he, his wife and son [4] whom he dearly loves, and he faces the real possibility of serving actual custody time. These are all consequences that deter others.

C. PROBATION FULFILLS THE SENTENCING CONSIDERATIONS OF 18 U.S.C. § 3553(a).

The proposed sentence reflects Mr. Cao's role in the offense, and history and characteristics, and the totality of circumstances in this case. He recognizes his crimes as serious and reflective of selfish, poor decisions. He has remained crime free for over five years, has made long-term positive changes in his life, and intends to remain law-abiding. This offense is his only blemish. A fair takeaway since his arrest over the last five years is his growth, maturity, and understanding he cannot commit another crime. He does not want to endanger his relationship with his wife and son and is dedicated to no further law violations. He has demonstrated the ability and desire to live a law-abiding life and that probation will be effective.

---

[4] Probation's October 29, 2020, Recommendation Letter, p. 4.

Probation with home detention, and the requested terms, reflects the seriousness of the offense.  The criminal process has promoted Mr. Cao's respect for the law and probation with its many requirements and restrictions will continue to do the same. Probation agreed respect for the law "are not particular concerns for this defendant, who in the past has never been incarcerated; he has been in compliance with his bond condition." [5]

The proposed sentence also satisfies deterrence.  As a 37-year-old, he understands the risks of continued criminal conduct – he'll be caught, spend a good portion of his life behind bars, possibly be deported, and lose his wife and son who adore him.  Others will see his felony conviction, probation with serious consequences and be deterred from exporting protected animals.

The proposed sentence also protects the public from Mr. Cao's further crimes. Probation recognized recidivism is not particular concern for this defendant…" [6]  For him, probation is a significant consequence, as is for the last five years not knowing whether he will go to prison, where he and his family will end up, and having to discuss his crimes with family and friends.

Sentencing disparity is a non-issue given probation accurately reflects Mr. Cao's history and characteristics and the factors raised at the sentencing hearing, unique to him.

The sentence should be "sufficient, but not greater than necessary" to achieve sentencing's statutory purposes. Respectfully submitted, the proposed sentence does so.

[5] *Id.*
[6] *Id.*

1

<u>CONCLUSION</u>

2

3      Given the issues raised in this memorandum and at the sentencing hearing, Mr. Cao

4   respectfully requests the Court impose the proposed sentence.

5      Should the Court impose actual custody, Mr. Cao respectfully requests a housing

6   recommendation in Southern California so he may remain near his family.

7

8   Dated: January 16, 2023            */s/ Robert Hartmann*
                                       Robert Hartmann
9                                      Attorney for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Robert Hartmann, declare as follows:

I am a citizen of the United States and employed in Orange County California; my business address is Hartmann Law Firm, 650 Town Center Dr., Ste. 1400, Costa Mesa California 92626; I am over the age of eighteen years; and am not a party to the above-entitled action.

On January 16, 2023, I caused to be transmitted via email and United States mail to the person(s) below and addressed as follows: DEFENDANT'S POSITION RE: SENTENCING AND EXHIBIT A on the following persons:

Assistant United States Attorney Erik M. Silber
United States Attorney's Office
312 North Spring Street
Los Angeles CA 90012-4700
Erik.silber@usdoj.gov

United States Probation Officer Anna Guan
United States Probation Office
255 East Temple Street
Los Angeles CA 90012-3332
Anna_guan@cacp.uscourts.gov

Dated: January 16, 2023          */s/ Robert Hartmann*
                                 Robert Hartmann
                                 Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Chengcheng zou
Email: zcczcm@gmail.com
Cell phone: 6265007110
12/03/2017

Dear sirs:

I'm Ronglin Cao's wife. Before we came to the United States, We were Primary school teachers. After we came to the United States, I became a Chinese teacher. Until now, I have been a teacher for 11 years.

My husband and I began to fall in love at the age of 16. At school, he was a very popular boy. He was very kind. He always helped others, so teachers, classmates and friends liked him very much.   He was good at guitar, bass, piano, paintings. He had won many top three national drawing contests for teenagers. We have been in love for 10 years. In these 10 years, we have hardly had any argument. He is so nice , and he always accommodate my fault. He is also a very humble person. My parents really like him. After 10 years, we got married.

After getting married, we came to the United States. We rented a $ 430 house .We start our American life.   I am not used to the American diet.   Every day he spent two hours to make Chinese dinner for us. I know he is really tired. This often makes me feel very touched. He is very modest, working hard man. His get off work time is 5 pm, but he often 6 o'clock go home from the company .His co-workers always said, "he works so hard! " In those days,   we didn't get lots of money, but   our family life is very happy, very satisfied. In October 2016, I was pregnant. This makes us happy, excited and very worried. Because if we have baby, it means we can't still live in this small rented room. We have to rent a bigger one. The new house will cost 4 times rent or even more. My husband saw that I often worried, just said to me, do not worry, everything will be fine. I know, he took my pressure.

In 2017, we moved into a big condo house. We finally have our own independent space, which makes us very happy. However, because I was pregnant, I could not get a job. So I can not get any money for my family. Ronglin Cao had to pay the rent, car loan and other costs by himself. During that time, he often smiled at me, holding my tummy and talking with the baby, but when only he was there, he always sighed. Later, he began to raise turtles, sold to local people, earn   cost to supplement the family. So that we can continue to live here. After the birth of his son, he kisses our son every day, feeds him to drink milk, and he changes baby's diapers. Every night, Ronglin Cao tells baby a story. He is a good father. In November, just as my son was five months old, my husband was taken away by the special agent, which was a huge disaster for our family.

Dear prosecutor, I just want to say Ronglin cao is really a perfect husband, the best father. Please give him a chance to restart? I really need my husband; my baby really need both dad and mom. Please help us, thank you .

Sincerely

*Chengcheng Zou*

Chengcheng Zou



14

12/03/2017

Dear sirs:

We are Ronglin Cao's parents. Ronglin Cao grows in a loving family. He was very obedient boy when he was young.

He was a good student in school. He is a kind and enthusiastic boy. He sent fevered classmates go to home. When it rained, he gave his umbrella to other students who need it. As a result, he had a cold and a fever because of the rain. He also often helps neighbors to get heavy items. When he saw the kittens on the roadside was hungry, he went to our house took some food and feed them. When he saw injured dogs , he took them to home and use his pocket money to buy medicine to heal them.

At home, he is a good son! He always thinks for us. Marriage is a big deal. Everyone's parents have to do a lot of work for getting married to their children. But Ronglin Cao does not let us work hard. He and his wife designed the wedding very simple, they did not let us worry about anything for the wedding.

At work, he is a good teacher, a good colleague. Students and students' parents love him very much. He loves every student. He is very attentive in preparing lesson . So his class is very interesting. Children love his class very much.

We will be elderly. We only have one child(Ronglin Cao). He is our pride and our dependence. My son and his wife have been married for five years and we are desperate for them to have a baby. When we know his wife is pregnant, we are very excited and happy! Also because of this, he has a lot of financial pressure. He always manages to make money. Ronglin Cao has just become a father .He will start a new life. If he really made a mistake, could you give him a chance to restart ? Ronglin Cao sings and talks to his son every day, and little baby is more familiar with dad than his mother. The baby has just been born 150 days, he needs his father and mother, he needs a complete home. He needs mom and dad care and love at the same time. He really needs a happy childhood ... We are old, we really can not lose our son, he has an elderly grandmother (she is 90 years old.) He and his grandmother often call each other to chat, he often said some jokes to grandmother. That makes his grandma happy.   If he has anything, how sad will his grandmother ...

Dear Prosecutor, We plead with you to give Ronglin Cao a chance. Thank you
Sincerely

Zhengmin Cao
Like Xu



To whom it may concern:

Greeting from Loving Savior of the Hills Lutheran Church & School, May the blessing from God almighty to you and always make His face shines upon you.

My name is Andy Wu the Pastor of Loving Savior of the Hills Lutheran Church & School, The purpose of this letter is to support Mr. Ronglin Cao (AKA Alan). I had an opportunity to knowing him on October of year 2013 in Restaurant Fellowship located at Rowland Heights which I served from year 2007. Alan and his wife Lisa joined our church few months later after we first met.

Both Alan and Lisa were collage educated in China. Alan is a young man with ideal of a brighter future for his family and they came to U.S.A for that. He always working hard try to make his best efforts for his family. In the mean time both Alan and Lisa keep coming to our church continuously, not only Sunday services but also the other fellowship gathering. Our church is a multi-cultural combinational church; we are assembled by our Anglo members and Chinese members as one congregation and I am the leading pastor for both.

From year 2016 I started a " Life Coaching Classes" program for our church, it's for gathering both Anglo and Chinese members in one fellowship to let the new immigrants to learn the rules and culture of U.S.A, Alan was the second person joined in this class. His faithfully participation encouraged many (both Anglo and Chinese) of our members. He always shows his teachable attitude to others especially he showed highly interesting to covert himself to be more Americanized.

I try to guide him by the Word of God to walk his future life with Christ Jesus, lead him to give his worries to God through prayers day by day. It is my privilege to walk with him to follow the steps of Christ Jesus in year 2013.

Mr. Ronglin Cao is a brother in Christ to me, is a dedicated member in our church to me, and is a man with integrity to me.

16



If there has any concern that you need me, I am more than happy to help you to knowing Mr. Ronglin Cao.

Sincerely

The Pastor of Loving Savior of the Hills Lutheran Church & School

*Rev .Dr. Andy Wu*

Date: Dec. 03. 2017

17

Brian L. Siegmann
6189 Breckinridge Ct.
Chino, CA 91710

12/1/17

Dear Sirs:

I am pleased to comment on a fine young gentleman, Ronglin Cao (Alan), whom I've known for approximately four plus years since he and his wife joined our church. I've had a lifetime of experience in different venues such as helping to run and grow a local church, filling many positions along the way, and I'm currently Vice President of our congregation. I also have just retired from the aerospace industry working in defense systems since 1979. During that time, I've managed programs, personnel, and financial analysis of programs. Between this and multi years in the US Civil Air Patrol, I feel I'm a good judge of character of people who have come across my path.

A few years back, I had the pleasure and honor to meet Ronglin and his wife whom I believe are great, hardworking people. They are both pleasant and welcoming to others whom they've come in contact with, especially at our church. Many times, we'll have events and Ronglin always wants to help and support either cooking, working, or greeting others that arrive. My wife and I have had many dinners with them and their family and have gotten to know them very well.

Ronglin has worked hard over these last years many long hours and long days to care for his family which has now grown to three with the addition of their son last June 2017. Prior to his birth, Ronglin and his wife, Chengcheng, asked my wife, Marsha, and I to be his Godparents and we were honored, especially to be part of this great, loving family. Recently their son was baptized at our church and Ronglin knew at that time that he also wanted to be part of this Christian faith so he was baptized also at the same time.

If I were to describe this fine young man, I would have to note how kind, honest, respectful, welcoming and giving to others Ronglin is. He is a man of integrity. Both of them have embraced others and this country as they want to make America their permanent home. Based on my many years of working and managing personnel, I can say this is exactly the kind of person we want and need in America today.

Sincerely,

Brian L. Siegmann

18